PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Jason Sanders</u>  Case Number: <u>3:09-00049-02</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>October 26, 2009</u>

Original Offense(s): <u>21 U.S.C. § 846 Conspiracy to Distribute and Possession With Intent to Distribute MDMA and Marijuana</u>

Original Sentence: <u>33 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>June 16, 2011</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>  Defense Attorney: <u>Billy Joe Marlowe, Jr.</u>

---

The Court orders:

☐ Allow offender to terminate supervised release, as scheduled, owing restitution
☒ No Action Necessary at this Time *as recommended*
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 9th day of December, 2013,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Brad Bartels
U.S. Probation Officer

Place  <u>Cookeville</u>

Date  <u>December 5, 2013</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not commit another federal, state, or local crime.** On November 16, 2013, Mr. Sanders was driving his vehicle on Interstate 40 when he was pulled over by an officer with the Metro Nashville Police Department. According to the affidavit, which is attached for Your Honor's review, the officer detected a strong odor of cologne coming from the vehicle operated by Mr. Sanders. He noted Mr. Sanders had slurred speech, slow and lethargic movement, and poor use of small motor skills. Mr. Sanders was unable to complete the Horizontal Gaze Nystagmus portion of the Standardize Field Sobriety Test, and was subsequently charged with Driving Under the Influence and Implied Consent. |

### Compliance with Supervision Conditions and Prior Interventions:

Jason Sanders lives with his parents and two children in Lebanon, Tennessee. He is currently employed by Unipress and works at the Nissan factory in Smyrna, Tennessee. Mr. Sanders began his term of supervised release on June 17, 2011, and he is due to terminate supervision on June 16, 2014.

While on supervision, Mr. Sanders has struggled to obtain full-time employment, but has otherwise been compliant with the terms of his supervised release. As a result of Mr. Sanders' arrest, the probation officer verbally reprimanded him and re-instructed him to obey all local, state, and federal laws. Mr. Sanders was also referred to Cumberland Mental Health, in Lebanon, Tennessee, for a substance abuse assessment and any necessary treatment.

### U.S. Probation Officer Recommendation:

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Sanders remain on supervised release, participate in substance abuse treatment, and not incur any future violations. Assistant U.S. Attorney Lynne Ingram has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer

PROSECUTOR: Russell E Ward
DEFENDANT: Jason Demarcus Sanders
VICTIM:

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
## AFFIDAVIT
## DRIVING UNDER THE INFLUENCE
## OF AN INTOXICANT
## T.C.A. 55-10-401

Personally appeared before me, the undersigned, [Select one] _x_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] _x_ he ___ she [Select one] _x_ personally observed ___ has probable cause to believe that the defendant named above on 11/16/2013 in Davidson County, did unlawfully drive or was in physical control of any automobile or other motor driven vehicle while under the influence of any intoxicant, marijuana, narcotic drug, or drug producing stimulating effects on the central nervous system and that *the probable cause is as follows*:

I OBSERVED THE SUSPECT TRAVELLING 93 MPH IN A 55 MPH ZONE ON I 40 WEST NEAR 28TH. THE SUSPECT'S SPEED WAS DETERMINED BY MY VISUAL SIGHT AND CONFIRMED WITH MY IN CAR MOVING RADAR. WHEN I APPROACHED THE VEHICLE I COULD DETECT A STRONG ODOR OF COLOGNE COMING FROM THE VEHICLE. THERE WAS A BOTTLE OF COLOGNE IN THE BACK SEAT OF THE VEHICLE. THE SUSPECT HAD SLURRED SPEECH. HIS MOVEMENTS WERE SLOW AND LETHARGIC. HE FUMBLED THROUGH HIS PAPERWORK ATTEMPTING TO LOCATE HIS REGISTRATION. HE HAD A DIFFICULT TIME NEGOTIATING WITH HIS SMALL MOTOR SKILLS. THE SUSPECT'S EYES WERE BLOOD SHOT RED AND GLASSY. HE APPEARED CONFUSED AND HE REPEATED HIMSELF OFTEN DURING MY ENTIRE CONTACT. THE SUSPECT WAS UNSTEADY AS HE EXITED THE VEHICLE AND HE APPEARED UNSTEADY AS HE WALKED. THE SUSPECT ADMITTED TO CONSUMING THREE VODKA MIXED DRINKS PRIOR TO DRIVING. I ASKED THE SUSPECT TO CONSENT TO THE SFSTS AND HE AGREED. THE SUSPECT WAS SMILING DURING THE HGN AND HE LAUGHED AS THE TEST PROCEEDED. THE SUSPECT SHOWED NUMEROUS SIGNS OF IMPAIRMENT ON ALL THREE TASKS. THE SUSPECT WAS PLACED INTO CUSTODY AND CHARGED WITH DUI. THE SUSPECT WAS READ THE TN IMPLIED CONSENT LAW AND HE REFUSED THE BREATH TEST.

ESignature

Prosecutor: Russell E Ward   00009190

## ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense
of Driving Under the Influence A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 11/16/2013 02:13:18 .

Carolyn Piphus
Judge of the Metropolitan General Sessions Court/Commissioner
sxnl1341 of 1 pages

PROSECUTOR: Russell E Ward
DEFENDANT: Jason Demarcus Sanders
VICTIM:

STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
**IMPLIED CONSENT**
T.C.A. 55-10-406

Personally appeared before me, the undersigned, [Select one] _x_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] _x_ he ___ she [Select one] _x_ personally observed ___ has probable cause to believe that the defendant named above on 11/16/2013 in Davidson County, after having been placed under arrest and thereafter having been requested by a law enforcement officer to submit to a test for purpose of determining the alcoholic or drug content of that person's blood and advised of the consequences for refusing to do so, did refuse to submit to the test and *the probable cause is as follows*:

THE SUSPECT WAS PLACED INTO CUSTODY AND CHARGED WITH DUI. THE SUSPECT WAS READ THE TN IMPLIED CONSENT LAW AND HE REFUSED THE BREATH TEST.


ESignature
_____
Prosecutor: Russell E Ward   00009190

_____

**ARREST WARRANT**

_____

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense
of Implied Consent - Civil , as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 11/16/2013 02:12:15 .

_____

Carolyn Piphus
Judge of the Metropolitan General Sessions Court/Commissioner
sxn11341 of 1 pages